IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:16-cv-911

| | |
|---|---|
| Eddi Roberto Castro Bruno, Abraham Toledo Duarte and Elber Victorio Pardo, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| Juan Armando Rossi, Rossi Group, Inc., Rossi Restaurant Group, Inc., Rossi Consolidated, Inc., and Rossi NC, Inc., | )  DEFAULT<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Upon motion, request, and proper showing by counsel for Plaintiffs in the above-captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendants Rossi Group, Inc., Rossi Restaurant Group, Inc., Rossi Consolidated, Inc., and Rossi NC, Inc., having failed to plead or otherwise defend, default is hereby entered against Defendants Rossi Group, Inc., Rossi Restaurant Group, Inc., Rossi Consolidated, Inc., and Rossi NC, Inc.

SO ORDERED. This the 31st day of March, 2017.

_____
Peter A. Moore, Jr.
Clerk of Court